UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID ANTHONY McKINNEY, | Case No. CV 17-00648 DOC (RAO) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss is granted, Petitioner's request regarding production of his legal materials is denied as moot, and Judgment shall be entered dismissing this action without prejudice.

DATED: May 26, 2017

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE