JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY McKINNEY, | Case No. CV 17-00648 DOC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's motion to dismiss is granted, and this action is dismissed without prejudice.

DATED:  May 26, 2017

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE